EXHIBIT G

| US Patent No: US6820807 ||
|---|---|
| **Claim: 20** | **Accuse Product: JPMorgan Chase & Co. QR Codes** |
| 20. A method for retrieving an information resource, the method comprising: | JPMorgan Chase & Co. infringes the current patent by their usage and publication of QR Codes in relation to their offered products and services. As shown below, JPMorgan Chase & Co. employs QR codes and practices the patented method in at least testing.<br><br>As shown below, QR codes provide a method of retrieving an information resource (e.g. a URL for a website encoded in the QR code).<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |

1

| US Patent No: US6820807 ||
|---|---|
| **Claim: 20** | **Accuse Product: JPMorgan Chase & Co. QR Codes** |
| | https://en.wikipedia.org/wiki/QR_code<br><br>Upon the scanning of the above QR code, the URL for a corresponding website is decoded and is displayed as shown below. |

2

EXHIBIT G

| US Patent No: US6820807 ||
|---|---|
| **Claim: 20** | **Accuse Product: JPMorgan Chase & Co. QR Codes** |
| scanning a machine readable indicia comprising digital data values formatted into a two dimensional pattern; | The defendant scans a machine readable indicia comprising digital data values formatted into a two dimensional pattern (e.g. the QR code).<br><br>As shown below, QR codes provide a system for accessing an information resource (e.g. a URL for a website encoded in the QR code).<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg<br><br>https://en.wikipedia.org/wiki/QR_code |

EXHIBIT G

| US Patent No: US6820807 ||
|---|---|
| **Claim: 20** | **Accuse Product: JPMorgan Chase & Co. QR Codes** |
| extracting an address of the information resource from the machine readable indicia; and | The defendant extracts an address of the information resource (e.g. the URL corresponding to the desired website to be displayed) from the machine readable indicia (e.g. the QR code).<br><br>As shown below, QR codes provide a method of retrieving an information resource (e.g. a URL for a website encoded in the QR code).<br><br>[Figure: QR-Code → Scan → Decode → Action, with "Extracting URL" label pointing to Decode]<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg<br><br>[Excerpt: QR codes storing addresses and URLs may appear in magazines, on signs, on buses, on business cards, or on almost any object about which users might want information. Users with a camera phone equipped with the correct reader application can scan the image of the QR code to display text, contact information, connect to a wireless network, or open a web page in the telephone's browser. This act of linking from physical world objects is termed hardlinking or object hyperlinking. QR codes also may be linked to a location to track where a code has been scanned. Either the application that scans the QR code retrieves the geo information by using GPS and cell tower triangulation (aGPS) or the URL encoded in the QR code itself is associated with a location.[13]]<br><br>https://en.wikipedia.org/wiki/QR_code |

EXHIBIT G

| US Patent No: US6820807 ||
|---|---|
| **Claim: 20** | **Accuse Product: JPMorgan Chase & Co. QR Codes** |
| retrieving the information resource for presentation to a user. | The defendant retrives the information resource for presentation to a user (e.g. QR code is decoded to return the URL corresponding to a website, which is than used to direct a browser to the website for display to a user on their device).<br><br>As shown below, QR codes provide a method of retrieving an information resource (e.g. a URL for a website encoded in the QR code).<br><br>QR-Code    Scan    Decode    Action<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg<br><br>QR codes storing addresses and URLs may appear in magazines, on signs, on buses, on business cards, or on almost any object about which users might want information. Users with a camera phone equipped with the correct reader application can scan the image of the QR code to display text, contact information, connect to a wireless network, or open a web page in the telephone's browser. This act of linking from physical world objects is termed hardlinking or object hyperlinking. QR codes also may be linked to a location to track where a code has been scanned. Either the application that scans the QR code retrieves the geo information by using GPS and cell tower triangulation (aGPS) or the URL encoded in the QR code itself is associated with a location.[13]<br><br>https://en.wikipedia.org/wiki/QR_code<br><br>Upon the scanning of the above QR code, the URL for a corresponding website is decoded and is displayed as shown below. |

EXHIBIT G

| US Patent No: US6820807 ||
|---|---|
| **Claim: 20** | **Accuse Product: JPMorgan Chase & Co. QR Codes** |
| |  |