EXHIBIT H

|  | US Patent No: 8,281,999 |
| --- | --- |
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
| 1. A communication system comprising: processing means for decoding a machine-readable code formatted into a two dimensional pattern where that machine-readable code contains contact information, whereby the contact information is derived, | JPMorgan Chase & Co. infringes the current patent by their usage and publication of QR Codes in relation to their offered products and services. As shown below, JPMorgan Chase & Co. employs QR codes.<br><br>As shown below, the defendant in internal testing, forms a communication system while decoding the QR code printed on the its product. The communication system comprises processing means (e.g., QR code scanner in smartphone) for decoding a machine-readable code (e.g., QR code) formatted into a two dimensional pattern (e.g., 2-D matrix code) where that machine-readable code contains contact information (e.g., web link address), whereby the contact information is derived. |

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
|  |  |

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
|  | **What is the QR Code?**<br><br>*QR Code*<br><br>The QR (Quick Response) Code is a two-dimensional (2-D) matrix code that belongs to a larger set of machine-readable codes, all of which are often referred to as barcodes, regardless of whether they are made up of bars, squares or other-shaped elements.<br><br>https://www.nacs.org/LinkClick.aspx?fileticket=D1FpVAvvJuo%3D&tabid=1426&mid=4802 |

3

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
|  |  |

EXHIBIT H

| | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
| communicating means for communicating where said communicating means communicates using the contact information derived from the processing means, and, | As shown below communication system comprises a communicating means (e.g., smartphone) communicating using the contact information (e.g., web link) derived from the processing means (e.g., QR code scanner in smartphone).<br><br>_____<br><br>*The use of the QR Code in mobile marketing allows direct communication between advertisers and smartphone users.*<br><br>_____<br><br>https://www.nacs.org/LinkClick.aspx?fileticket=D1FpVAvvJuo%3D&tabid=1426&mid=4802 |

| | US Patent No: 8,281,999 |
|---|---|
| Claim: 1 | Accused Product: JPMorgan Chase & Co. QR Codes |
| |  http://www.qreative-media.de/images/qr-codes-action.jpg |

6

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
|  |  |

EXHIBIT H

| | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
| networking means for communicating with other computers in the network, and where the machine-readable code which contains digital data comprising contact information further comprises digital data for communicating with other computers on said network. | As shown below communication system comprises networking means (e.g., internet interface of smartphone) for communicating with other computers (e.g., defendant's server) in the network (e.g., internet), and where the machine-readable code (e.g., QR code) which contains digital data comprising contact information (e.g., web link address) further comprises digital data (e.g., URL of defendant's web page which is used to conenct to defendant's server to display a web page) for communicating with other computers (e.g., defendant's server) on said network (e.g., internet).<br><br>http://www.qreative-media.de/images/qr-codes-action.jpg |

8

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
|  | Mobile marketing has been very popular in Japan, Korea and the Netherlands for several years, and has recently seen rapid growth in North America, where the QR Code is increasingly appearing in print and online advertising, as well as on signs, billboards, posters, business cards, clothing and other items. By scanning a QR Code with a smartphone, consumers can be connected to a relevant Web page or receive targeted marketing messages such as a special offer, discount coupon, product or store information, etc.<br><br>https://www.nacs.org/LinkClick.aspx?fileticket=D1FpVAvvJuo%3D&tabid=1426&mid=4802 |

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
| |  |

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
|  | *The QR Code is used in fields as diverse as manufacturing and mobile marketing.* ⸻⸻⸻ QR codes containg web links (contact information) → acceptance in such diverse industries as manufacturing, warehousing and logistics, retailing, healthcare, life sciences, transportation and office automation. [means for decoding QR code] Now with the explosive growth of smartphones, the QR Code is also being used in mobile marketing and advertising campaigns as a fast and effective way of connecting with customers and providing end-user content, including Web links, mobile coupons, airline boarding passes, etc. Successful implementation of the QR Code in any of these fields requires a knowledge of certain basic information about both the QR Code itself and the technology associated with it. |

11

EXHIBIT H

|  | US Patent No: 8,281,999 |
|---|---|
| **Claim: 1** | **Accused Product: JPMorgan Chase & Co. QR Codes** |
|  |  |